**Lewis Roca** Rothgerber Christie **LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ  85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: (602) 262-5376
Direct Fax: (602) 734-3742
Email: SBressler@lrrc.com

*Attorneys for The Prudential Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joann Priemer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Prudential Insurance Company of America,<br><br>　　　　Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant, The Prudential Insurance Company of America ("Prudential"), for the purpose of removing this cause from the Superior Court of the State of Arizona, Pima County, to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441, submits this Notice of Removal pursuant to 28 U.S.C. § 1446.  By way of providing the Court with the basis for Prudential's request for removal, Prudential submits the following short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders provided to Prudential in this action:

　　　　1.　　<u>State Court Action</u>.　　Plaintiff, JoAnn Priemer, filed this action against Prudential in the Superior Court of the State of Arizona, Pima County, on or about September 4, 2019, in a matter pending as Case Number C20194355. Copies of all process, pleadings, and orders served upon Prudential are attached as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

109468054.1

2. <u>Timely Filing</u>. A copy of the Summons and Complaint was received by Prudential via Certified Mail on September 13, 2019. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it is filed within thirty (30) days of being served with the Summons and Complaint.

3. <u>Allegations in the Complaint</u>. In the Complaint, Plaintiff alleges that she is the beneficiary of a group life insurance policy (the "Policy") purchased by S.C. Johnson Company, the former employer of Plaintiff's husband, August Priemer, who died on October 20, 2018. The Policy is identified by control number G-52642 and claim number 11852742. Plaintiff alleges that Prudential has refused to pay her death benefit under the Policy and brings causes of action against Prudential for Breach of Contract, Breach of Covenant of Good Faith, and Fair Dealing and Insurance Bad Faith.

4. <u>Defendants</u>. Plaintiff has named Prudential as a Defendant.

5. <u>Federal Court Subject Matter Jurisdiction</u>. The United States District Court for the District of Arizona has original jurisdiction over this matter pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, because the group life insurance policy at issue is subject to ERISA. 29 U.S.C. §§ 1132 (a)(1)(B), 1132(e)(1).

Additionally, 28 U.S.C. § 1441(a) provides another basis for removal jurisdiction to this Court as this is a state court action over which this Court has original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship). 28 U.S.C. § 1332 confers subject matter jurisdiction over cases in which there is complete diversity between Plaintiff and Defendant, and in which the amount in controversy equals or exceeds $75,000.00.

Defendant Prudential is an insurance company organized under the laws of the State of New Jersey, with its principal place of business in Newark, New Jersey. According to the Complaint, Plaintiff is a citizen of the State of Arizona, residing in Pima County, Arizona. Additionally, the amount in controversy exceeds $75,000 in this case. Even though Plaintiff alleges in her Complaint that she seeks an alleged $25,000 death

benefit due under the Policy, she also alleges state law claims of insurance bad faith and seeks an unspecified amount of punitive damages and attorneys' fees, rendering a total amount in controversy in excess of the sum or value of $75,000, exclusive of interest and costs. Thus, 28 U.S.C. § 1332 applies because this case involves a complete diversity of citizenship and an amount in controversy that equals or exceeds $75,000.00.

6. <u>State Court Documents Attached</u>.  A copy of all process, pleadings, and orders received by Prudential in this case is attached hereto as **Exhibit A**.

7. <u>Proper Venue.</u> Venue for removal is proper in the United States District Court for the District of Arizona under 28 U.S.C. § 82 because this district encompasses the Superior Court of the State of Arizona, Pima County, the forum in which the removed action was pending.

8. <u>Notice to Plaintiff</u>.  As required by law, a true and correct copy of this Notice of Removal is being served upon Plaintiff.  28 U.S.C. § 1446(d).

9. <u>Notice to State Court</u>.  In accordance with 28 U.S.C. § 1446(d), Prudential will promptly provide written notice of the filing of this notice of removal to Plaintiff and shall file a copy of this notice along with a Notice of Filing Notice of Removal with the Clerk of the Superior Court of the State of Arizona, Pima County, where this action was pending.  28 U.S.C. § 1446(d).  **See Exhibit B.**

10. <u>Consent From All Defendants.</u>  Prudential is the only Defendant.

11. <u>Relief Requested</u>.  Prudential respectfully gives notice that this action is to be removed from the Superior Court of the State of Arizona, Pima County, to the United States District Court for the District of Arizona.

**WHEREFORE**, Prudential removes this action, currently pending as Case Number C20194355 in the Superior Court of the State of Arizona, Pima County, to the United States District Court for the District of Arizona.

DATED this 11th day of October, 2019.

                LEWIS ROCA ROTHGERBER CHRISTIE LLP

                By: */s/ Stephen M. Bressler*
                     Stephen M. Bressler
                     Attorneys for The Prudential Insurance Company of America

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Edward Harris Laber, Esq.
ehl@laberlaw.com
Laber & Laber, Attorneys at Law
33 North Tucson Boulevard
Tucson, AZ 85716
*Attorneys for Plaintiff*

                /s/ Kathleen A. Topczewski

109468054.1

- 4 -