# EXHIBIT A

**Lewis Roca** Rothgerber Christie **LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: (602) 262-5376
Direct Fax: (602) 734-3742
Email: SBressler@lrrc.com

*Attorneys for The Prudential Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Joann Priemer, | No. |
|---|---|
| Plaintiff, | **DECLARATION OF STEPHEN M. BRESSLER** |
| v. | |
| The Prudential Insurance Company of America, | |
| Defendant. | |

Stephen M. Bressler, upon his oath, states as follows:

I am a partner in the law firm of Lewis Roca Rothgerber Christie LLP and am the attorney of record for defendant in this matter.

On October 10, 2019, Kathleen A. Topczewski, a legal secretary with our office, reviewed and printed the Superior Court docket.

Exhibit A attached to the Notice of Removal constitutes a true and complete copy of all pleadings and other documents filed in the state court proceeding, *Joann Priemer v. The Prudential Insurance Company of America, et al.,* Superior Court of the State of Arizona in and for Pima County, Case No. C20194355.

/././

/././

109462964.1

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of October, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Stephen M. Bressler*
Stephen M. Bressler
Attorneys for The Prudential Insurance Company of America

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Edward Harris Laber, Esq.
ehl@laberlaw.com
Laber & Laber, Attorneys at Law
33 North Tucson Boulevard
Tucson, AZ 85716
*Attorneys for Plaintiff*

/s/ Kathleen A. Topczewski

### Case Information

**Case Number:** C20194355

**Filing Date:** 9/4/2019

**Caption:** JOANN PRIEMER VS. THE PRUDENTIAL

**Judge:** PAUL E. TANG

### Party Information

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| JOANN PRIEMER | Plaintiff | True | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | Defendant | True | |

### Case/Document Information

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Affidavit | Certificate Of Service | CERTIFICATE OF SERVICE | 9/12/2019 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 9/4/2019 | Available at Courthouse |
| Misc | Documents/Records Filed | Civil Cover Sheet | 9/4/2019 | Available at Courthouse |
| Arbitration | Fastar Certificate | FASTAR Certificate | 9/4/2019 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 9/4/2019 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3143209 | 9/4/2019 | Available at Courthouse |

|  |  |
|---|---|
| **In the Superior Court of the State of Arizona** <br> **In and For the County of** Pima | FILED <br> Gary Harrison <br> CLERK, SUPERIOR COURT <br> 9/4/2019 12:43:08 PM <br> BY: JAMES R. ORR /S/ <br> DEPUTY |
| Case Number _____ | Case No. C20194355 <br> HON. PAUL E. TANG |

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney Edward H Laber

Attorney Bar Number 010334, AZ

Plaintiff's Name(s): (List all)
JOANN PRIEMER

Plaintiff's Address:
33 N. Tucson Blvd., Tucson AZ 85716

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

(List additional defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**TORT MOTOR VEHICLE:**
☐ Non-Death/Personal Injury
☐ Property Damage
☐ Wrongful Death

**TORT NON-MOTOR VEHICLE:**
☐ Negligence
☐ Product Liability – Asbestos
☐ Product Liability – Tobacco
☐ Product Liability – Toxic/Other
☐ Intentional Tort
☐ Property Damage
☐ Legal Malpractice
☐ Malpractice – Other professional
☐ Premises Liability
☐ Slander/Libel/Defamation
☐ Other (Specify) _____

**MEDICAL MALPRACTICE:**
☐ Physician M.D.     ☐ Hospital
☐ Physician D.O      ☐ Other

**CONTRACTS:**
☐ Account (Open or Stated)
☐ Promissory Note
☐ Foreclosure
☐ Buyer-Plaintiff
☐ Fraud
☒ Other Contract (i.e. Breach of Contract)
☐ Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
   ☐ Six to Nineteen Structures
   ☐ Twenty or More Structures

**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation
☐ Eviction Actions (Forcible and Special Detainers)
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title

AZturboCourt.gov Form Set #3750897

☐ Forfeiture
☐ Election Challenge
☐ NCC- Employer Sanction Action (A.R.S. §23-212)
☐ Injunction against Workplace Harassment
☐ Injunction against Harassment
☐ Civil Penalty
☐ Water Rights (Not General Stream Adjudication)
☐ Real Property
☐ Special Action against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐ Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)

**UNCLASSIFIED CIVIL:**
☐ Administrative Review
   (See lower court appeal cover sheet in Maricopa)
☐ Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)
☐ Declaratory Judgment
☐ Habeas Corpus

☐ Landlord Tenant Dispute- Other
☐ Declaration of Factual Innocence (A.R.S. §12-771)
☐ Declaration of Factual Improper Party Status
☐ Vulnerable Adult (A.R.S. §46-451)
☐ Tribal Judgment
☐ Structured Settlement (A.R.S. §12-2901)
☐ Attorney Conservatorships (State Bar)
☐ Unauthorized Practice of Law (State Bar)
☐ Out-of-State Deposition for Foreign Jurisdiction
☐ Secure Attendance of Prisoner
☐ Assurance of Discontinuance
☐ In-State Deposition for Foreign Jurisdiction
☐ Eminent Domain– Light Rail Only
☐ Interpleader– Automobile Only
☐ Delayed Birth Certificate (A.R.S. §36-333.03)
☐ Employment Dispute- Discrimination
☐ Employment Dispute-Other
☐ Verified Rule 45.2 Petition
☐ Other (Specify) _____

**RULE 26.2 DISCOVERY TIER OR AMOUNT PLEADED:**
(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.)

☐ Amount Pleaded $_____   ☐ Tier 1   ☒ Tier 2   ☐ Tier 3

**EMERGENCY ORDER SOUGHT:**
☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC   ☐ Election Challenge
☐ Employer Sanction   ☐ Other (Specify) _____

**COMMERCIAL COURT (Maricopa County Only)**
☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)
_____
_____

Additional Defendant(s)
_____
_____

Attachment Page __1__ (of __1__)

To Civil Cover Sheet

**ATTORNEY INFORMATION:**
ATTORNEY FILING:
Edward H Laber
Bar Number: 010334, Issuing State: AZ
Law Firm: Laber & Laber, PLC
Address: 33 N. Tucson Blvd.

Tucson, AZ 85716
Telephone Number: (520) 624-3000
Email: ehl@laberlaw.com

**ATTACHED DOCUMENTS LIST:**
Summons - Defendant #1
Complaint

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

Person/Attorney Filing: Edward H Laber
Mailing Address: 33 N. Tucson Blvd.
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520) 624-3000
E-Mail Address: ehl@laberlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010334, Issuing State: AZ

**STATE OF ARIZONA**
**DEPT. OF INSURANCE**

SEP 0 9 2019
TIME 4:12pm
**SERVICE OF PROCESS**

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

JOANN PRIEMER
Plaintiff(s),

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
Defendant(s).

Case No. C20194355

SUMMONS

HON. PAUL E. TANG

To: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 9/4/2019

Gary Harrison
Clerk of the Superior Court

By: __JAMES R. ORR /s/__
           Deputy Clerk

FILED
Gary Harrison
CLERK, SUPERIOR COURT
9/4/2019 12:43:08 PM
BY: JAMES R. ORR /S/
DEPUTY

Case No. C20194355
HON. PAUL E. TANG

# Laber&Laber
ATTORNEYS AT LAW

Edward Harris Laber (Atty # 010334 PC #32548)
33 N. Tucson Boulevard
Tucson, Arizona 85716
(520) 624-3000 | (520) 624-3332 Fax
ehl@laberlaw.com
*Attorney for Plaintiff, Joann Priemer*

## ARIZONA SUPERIOR COURT, PIMA COUNTY

| | |
|---|---|
| JOANN PRIEMER, a widow | Case No.: |
| Plaintiff, | |
| v. | **COMPLAINT** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation; | Jury Trial Demanded |
| ABC Corporations 1-5; XYZ Partnerships 1-5; John Does 1-5 | (Assigned to: _____ ) |
| Defendants. | |

Plaintiff alleges:

### A. Jurisdiction, Venue, and Tier

1. Plaintiff is a resident of Pima County, Arizona.

2. On information and belief, defendant is a foreign corporation registered to do business in Arizona.

3. Plaintiff reserves the right to add parties as the facts support.

4. This is a tier 2 case under Rule 26.2.

PAGE 1 OF 6

5. Jurisdiction and venue are proper.

**B. Facts**

6. On information and belief, plaintiff is the beneficiary of a life insurance policy purchased by S.C. Johnson Company, the former employer of plaintiff's late husband, August Priemer.

7. August Priemer died on October 20, 2018.

8. The policy is identified by Control Number G-52642 and Claim Number 11852742.

9. On information and belief, the policy benefits are $25,000.

10. Plaintiff made her initial claim on the policy on or about January 14, 2019.

11. All information requested by defendant has been provided expeditiously by plaintiff several times and plaintiff has been cooperative in the claims process.

12. After numerous requests for payment, defendant has refused to pay the claim on the pretext that it is waiting for information from Arizona law enforcement agencies.

13. The information sought by defendant that would permit disallowance of the claim does not exist.

14. Defendant knows that such information does not exist but continues to refuse to pay the claim.

### C. Causes of Action

#### a. Breach of Contract

15. All previous allegations are incorporated in haec verba.

16. Plaintiff is a third-party beneficiary of the life insurance policy.

17. Plaintiff is entitled to payment of the policy upon the death of the insured, at least after reasonable investigation by the defendant.

18. Defendant has acted unreasonably to refuse to pay the death benefits.

19. Defendant has breached the insurance contract.

20. Plaintiff's damages are the benefits as stated in the insurance contract.

21. Plaintiff is entitled to an award of reasonable attorney's fees and costs under ARS § 12-341.01, et. seq.

#### b. Breach of Covenant of Good Faith and Fair Dealing

22. All previous allegations are incorporated in haec verba.

23. Defendant has breached the implied covenant of good faith and fair dealing implied in every contract under Arizona law.

24. Plaintiff is entitled to an award of reasonable attorney's fees and costs under ARS § 12-341.01, et. seq.

#### c. Insurance Bad Faith

25. All previous allegations are incorporated in haec verba.

26. Defendant has acted in bad faith to pay the claim under:

   i. ARS § 20-461(2) — Failing to acknowledge and act reasonably and promptly

upon communications with respect to claims arising under an insurance policy.

ii. ARS § 20-461(4) — Refusing to pay claims without conducting a reasonable investigation based upon all available information.

iii. ARS § 20-461(5) — Failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed.

iv. ARS § 20-461(13) — Delaying the investigation or payment of claims by requiring an insured, a claimant or the physician of either to submit a preliminary claim report and then requiring the subsequent submission of formal proof of loss forms, both of which submissions contain substantially the same information.

v. ARS § 20-461(15) — Failing to promptly provide a reasonable explanation of the basis in the insurance policy relative to the facts or applicable law for denial of a claim or for the offer of a compromise settlement.

27. Plaintiff, as a third-party beneficiary of the contract, has standing to sue for insurance bad faith.

28. Defendant has acted with an evil mind and therefore punitive damages are appropriately awarded.

   **WHEREFORE**, plaintiff seeks judgment against the defendant as follows:

   a. For the sum of the payments as provided in the life insurance contract, together with interest.

   b. Punitive damages in an amount to be determined at trial.

c. An award of attorney's fees and costs pursuant to ARS § 12-341.01, et. seq.

d. For interest on said attorney's fees and costs.

e. For any other appropriate relief.

RESPECTFULLY SUBMITTED this 3rd day of September, 2019.

_____
Edward Harris Laber
Attorney for Plaintiff

PAGE 5 OF 6

# VERIFICATION

STATE OF ARIZONA   )
                   ) ss
COUNTY OF PIMA     )

The undersigned, being first duly sworn, states: I have read the foregoing document and all statements are accurate and complete to the best of my knowledge and belief.

*Joann Priemer*
Joann Priemer, Plaintiff

SUBSCRIBED and SWORN TO before me on 8/27/19 by Joann Priemer

*Edward H Laber*
Notary Public

Edward H Laber
Notary Public
Pima County, Arizona
My Comm. Expires August 15, 2021

PAGE 6 OF 6

PERSON/ATTORNEY FILING: Edward H Laber
MAILING ADDRESS: 33 N. Tucson Blvd.
CITY, STATE, ZIP CODE: Tucson, AZ 85716
PHONE NUMBER: (520) 624-3000
E-MAIL ADDRESS: ehl@laberlaw.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 010334, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
9/4/2019 12:43:08 PM
BY: JAMES R. ORR /S/
DEPUTY

Case No. C20194355
HON. PAUL E. TANG

## ARIZONA SUPERIOR COURT, PIMA COUNTY

JOANN PRIEMER
Plaintiff(s),

V.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
Defendant(s).

CASE NO: _____

**RULE 102(a) FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101(b) and certifies that this case:

# (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☒ **DOES** meet the eligibility criteria established by Rule 101(b); or

☐ **DOES NOT** meet the eligibility criteria established by Rule 101(b).

Dated: _____

Edward H Laber /s/
SIGNATURE

Laber & Laber
33 N. Tucson Blvd.
Tucson, AZ 85716
Phone: (520)624-3000
Edward H. Laber #010334 ehl@laberlaw.com
Edward J. Laber #031516 ejl@laberlaw.com

FILED
GARY L. HARRISON
CLERK SUPERIOR COURT

19 SEP 12 AM 10: 59

BY LUZMARIA GUTIERREZ

STATE OF ARIZONA, PIMA COUNTY
PIMA COUNTY SUPERIOR COURT
110 W. CONGRESS STREET
TUCSON AZ 85701

| JOANN PRIEMER | |
|---|---|
| Plaintiff, | Case No. C20194355 |
| Vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation; et. al. | CERTIFICATE OF SERVICE |
| Defendant, | |

I, Lisa M. Macaluso, declares, under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause or for the State of Arizona and that the foregoing is true and correct.

On 09/04/2019, I received from Specialized Attorney Services and from Laber & Laber the (2) SUMMONS; (2) COMPLAINT; (2) FASTAR CERTIFICATE; CHECK TENDERED IN THE AMOUNT OF $15 TO THE ARIZONA DEPARTMENT OF INSURANCE

On 09/09/19 4:15 PM, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA was served by leaving documents with MARIA SALINAS, CLERK TO ARIZONA DEPARTMENT OF INSURANCE, DIRECTOR AS STATUTORY AGENT, who stated authorized to accept service and did so on their behalf.

Address: 100 N 15TH AVE 102, PHOENIX, AZ 85007

Description: Hispanic / Female / 36-40 / Hair:Black / 5ft 4in - 5ft 8in / 131-160lbs

I declare and certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on 09/09/19.

Lisa M. Macaluso,
PM277 Certified Officer of the Superior Court
Specialized Attorney Services – Fee for Service $87.00



# EXHIBIT B

**Lewis Roca** Rothgerber Christie **LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: (602) 262-5376
Direct Fax: (602) 734-3742
Email: SBressler@lrrc.com

*Attorneys for The Prudential Insurance Company of America*

SUPERIOR COURT OF ARIZONA

COUNTY OF PIMA

| | |
|---|---|
| JOANN PRIEMER, | No. C20194355 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | (Assigned to The Honorable ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation, ABC CORPORATIONS 1-5; XYZ PARTNERSHIP 1-5; JOHN DOES 1-5,, | |
| Defendants. | |

Defendant The Prudential Insurance Company of America gives notice that it has removed this case to the United States District Court, District of Arizona. A copy of the Notice of Removal, filed today with the District Court, is attached hereto.

Therefore, pursuant to 28 U.S.C. § 1446(b), this Court is respectfully requested to proceed no further in this action, unless and until such time as it may be remanded by order of the United States District Court of Arizona.

/./././

/./././

/./././

109461124.1

DATED this 11th day of October, 2019.

          LEWIS ROCA ROTHGERBER CHRISTIE LLP

          By: */s/ Stephen M. Bressler*
              Stephen M. Bressler
          *Attorneys for The Prudential Insurance Company of America*

E-filed and copy mailed
this 11th day of October, 2019, to:

Edward Harris Laber, Esq.
Laber & Laber, Attorneys at Law
33 North Tucson Boulevard
Tucson, AZ 85716
*Attorneys for Plaintiff*

/s/ Kathleen A. Topczewski

- 2 -

109461124.1