# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joann Priemer, | No. CV-19-00496-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Prudential Insurance Company of America, et al., | |
| Defendants. | |

Pending before this Court is the Parties' Stipulation for Dismissal with Prejudice. (Doc. 12). In the interest of the judicial economy and good cause appearing, the Parties' Stipulation of Dismissal is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of the Court shall close this case and docket accordingly.

Dated this 30th day of January, 2020.

Honorable Raner C. Collins
Senior United States District Judge